Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 1

| New York Mutual Trading, Inc. |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 1:22-cv-293

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 4601 | Center (if known): | CEE 002 |
| --- | --- | --- | --- |
| Protest Number: | 460122130304 | Date Protest Filed: | 01/17/2022 |
| Importer: | New York Mutual Trading, Inc. | Date Protest Denied: | 09/28/2022 |
| Category of Merchandise: | Frozen Shrimp | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| 481-0181314-4 | 07/27/2016 | 07/23/2021 | | | |
| 481-0181511-5 | 10/21/2016 | 07/23/2021 | | | |
| 481-0181722-8 | 01/04/2017 | 07/23/2021 | | | |
| | | | | | |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Don M. Obert, Esq.
The Obert Law Firm, P.L.L.C.
1206 Castle Hill Avenue
Bronx, New York 10462:
T: 646-546-5111
E: obert@obertlaw.com

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Frozen Shrimp from Vietnam | 1605.21.1030  A552-802-000 | Free +  25.76% (ADD) | 1605.21.1030  A552-802-018 | Free +  4.58% (ADD) |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP applied incorrect "all other" antidumping rate rather than producer specific rate.

The issue which was common to all such denied protests:
Incorrect antidumping duty rate applied by CBP to subject entries of frozen shrimp from Vietnam produced by Fimex VN.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

October 7, 2022
_____
*Date*