UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 7A

New York Mutual Trading, Inc.

                        Plaintiff,

v.

UNITED STATES

                        Defendant.

Court No.   1:22-cv-293

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 09/12/2024

_____
Don M. Obert, Esq., The Obert Law Firm, P.L.L.C.
Attorney for Plaintiff

196-55 McLaughlin Avenue
_____
Street Address

Holliswood, New York 11423
_____
City, State and Zip Code

646-546-5111
_____
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____         Clerk, U. S. Court of International Trade

                                                By: _____
                                                          Deputy Clerk